# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Steve Merritt,

Plaintiff(s),

v.

Heller and Frisone, Ltd.,

Defendant(s).

Case No. 16 C 11146
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Steve Merritt
and against defendant(s) Heller and Frisone, Ltd.
in the amount of $1,001.00 and reasonable attorney's fees and costs.

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ Notice of Acceptance with Offer of Judgment by parties.

Date: 8/15/2017

Thomas G. Bruton, Clerk of Court

Lynn Kandziora, Deputy Clerk