IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE MERRITT, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:16-cv-11146 |
| v. | ) ) Judge: Virginia M. Kendall |
| HELLER AND FRISONE, LTD., | ) ) Magistrate Judge: M. David Weisman |
| Defendant. | ) ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED RESPONSE TO FEE PETITION**

Defendant, HELLER AND FRISONE, LTD., by and through its attorneys David M. Schultz and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for its Unopposed Motion for Leave to File Amended Response to Fee Petition, states as follows:

1. On September 19, 2017, Defendant file its response to Plaintiff's Fee Petition. Dkt. #48.

2. Defendant inadvertently filed the response with the incorrect title in the caption.

3. Defendant seeks leave to file an Amended Response to Plaintiff's Fee Petition only fixing the title for pleading and corresponding references to the title. Defendant will not supplement or amend any substance within the response.

4. A copy of the Amended Response to Plaintiff's Fee Petition is attached as Exhibit 1.

5. Defense counsel has communicated with Plaintiff's counsel regarding the instant motion. Plaintiff's counsel communicated that Plaintiff does not oppose the relief requested herein.

6. This request is not meant for purposes of delay and will not prejudice any party in the litigation. This request is necessary to correct the record for this case.

WHEREFORE, Defendant, HELLER AND FRISONE, LTD., respectfully requests that this Court grant its Motion for Leave to File Amended Response to Plaintiff's Fee Petition and for such further relief as this Court deems appropriate and just.

>Respectfully submitted,
>
>HELLER AND FRISONE, LTD.,
>Defendant
>
>*/s/ Lindsey A.L. Conley*
>David M. Schultz
>Lindsey A.L. Conley
>Hinshaw & Culbertson LLP
>222 North LaSalle Street, Suite 300
>Chicago, IL 60601-1081
>Tel: 312-704-3000
>E-mail: dschultz@hinshawlaw.com
>E-mail: lconley@hinshawlaw.com

**CERTIFICATE OF SERVICE**

  I, Lindsey Conley, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO FEE PETITION** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on October 4, 2017.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Thomas A. Zimmerman |
| ___ | Federal Express | ZIMMERMAN LAW OFFICES, P.C. |
| ___ | E-Mail & U.S. Mail | 77 W. Washington Street, Suite 1220 |
| ___ | Messenger | Chicago, IL 60602 |
| | | Phone: (312) 440-0020 |
| | | Fax: (312) 440-4180 |

Rusty Payton
PAYTONDANN
115 S. LaSalle Street, Suite 2600
Chicago, IL 60603
Phone (312) 702-1000

| | |
|---|---|
| David M. Schultz | */s Lindsey Conley* |
| Lindsey A.L. Conley | Lindsey Conley |
| HINSHAW & CULBERTSON LLP | One of the Attorneys for Defendant |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, IL 60601-1081 | |
| Telephone: 312-704-3000 | |
| Facsimile: 312-704-3001 | |
| dschultz@hinshawlaw.com | |
| lconley@hinshawlaw.com | |