**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Steve Merritt
                      Plaintiff,

v.                                                    Case No.: 1:16–cv–11146
                                                         Honorable Virginia M. Kendall

Heller and Frisone, Ltd.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 29, 2018:

        MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion for attorney fees [42] is dismissed pursuant to settlement. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.